IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TIMOTHY DOUGLAS                                                                      PLAINTIFF

v.                                            CASE NO. 2:19-CV-2037

ANDREW M. SAUL, Commissioner,
Social Security Administration                                                      DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 14) from Chief United States Magistrate Judge Erin L. Wiedemann. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this March 5, 2020.

/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE